UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                              :

VALERIE DICKS, on behalf of herself and all :
others similarly situated,                    :

                             Plaintiff,    :                    22-CV-6498 (VSB)

                        -against-        :

                                      :                    **<u>ORDER</u>**

KOTO, INC.,                          :

                         Defendant.   :
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On September 21, 2022, I issued an initial pretrial conference order, directing the parties

to submit a joint letter and proposed case management plan and scheduling order on or before

October 5, 2022.  (Doc. 7.)  The parties have not done so.  Accordingly, the parties are hereby:

ORDERED to file the joint letter and proposed case management plan and scheduling

order by no later than October 21, 2022.  If the parties fail to do so, I will dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 17, 2022
           New York, New York

                                        Vernon S. Broderick
                                        United States District Judge